UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NANCY BROWN, an individual,**

    **PLAINTIFF,**

vs.                                             CASE NO.:

**THE UNITED STATES OF AMERICA,**

    **DEFENDANT,**

_____

## COMPLAINT

PLAINTIFF, **NANCY BROWN** files this Complaint for Damages against **THE UNITED STATES OF AMERICA** and in support thereof alleges as follows:

### PRELIMINARY STATEMENT

1. This action seeks damages for the personal injuries of **NANCY BROWN** resulting from the acts and omissions of the United States Postal Service, a federally supported agency by Defendant, United States of America.

### JURISDICTION AND VENUE

2. This is an action against the Defendant, United States of America under the Federal Tort Claims Act, (28 U.S.C. §2671, et. seq.) 28 U.S.C.

8

§1346(b)(l), and 42 U.S.C. §233, for negligence from an automobile accident.

3. Jurisdiction is invoked pursuant to 28 U.S.C. §1346(b).

4. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. Section 2671, et. seq.) and 28 U.S.C. Section 1346(b)(l), for money damages as compensation for personal injuries and property damage caused by the Defendant's negligence.

5. Venue is proper under 28 U.S.C. §1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in Fort Myers, Lee County, Florida which is located within the Middle District of Florida, Fort Myers Division.

6. Plaintiff complied with all conditions precedent and submitted a claim to the appropriate Federal Administrative Agency, to wit, the United States Postal Service with a sum certain. A copy of the claim is attached as exhibit "1". The claim was deemed filed as of April 12, 2024.

7. Pursuant to 28 U.S.C. §2675(a) the agency did not make a final disposition of the claim within six months after April 12, 2024, and the court has jurisdiction over this claim.

## PARTIES

8. Plaintiff was, and at all times relevant hereto, a resident of Lee County, Florida.

9. Defendant United States of America, through its agency, the United States Post Office, operated the United States Post Offices in Lee County, Florida.

10. At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendant. Furthermore, the Defendant is responsible for the negligent acts of their employees and agents under respondent superior.

## CAUSE OF ACTION FOR NEGLIGENCE

11. On or about March 31, 2024, Plaintiff **NANCY BROWN** was a restrained driver traveling east on Daniels Parkway, coming to a complete stop for the red traffic signal at the intersection of Daniels Parkway and American Colony Blvd. in Lee County, Florida.

12. At said time and place, ROXANA DIAZ QUINTANA, was the permissive driver of the United States Post Office Truck, that was in the custody and control and in the possession of the defendant, the UNITED STATES OF AMERICA.

13. At said time and place, ROXANA DIAZ QUINTANA, was acting as an authorized agent and employee in the course and scope of her employment with the UNITED STATES OF AMERICA for the United States Post Office.

14. On or about March 31, 2024, ROXANA DIAZ QUINTANA, individually and as authorized agent of Defendant, the United States of America, was operating said United States Post Office Truck at or near the intersection of Daniels Parkway and American Colony Blvd. in Lee County, Florida.

15. At this time and place, it became and was the duty ROXANA DIAZ QUINTANA, to exercise due care and caution in the operation of her motor vehicle having due regard for pedestrians, bicycle riders, traffic and use of the roadway.

16. At this time and place, ROXANA DIAZ QUINTANA, negligently drove her United States Post Office vehicle so that it struck Plaintiff's vehicle in the rear causing Plaintiff personal injury and property damage.

17. ROXANA DIAZ QUINTANA, then committed one or more of the following negligent acts or omissions:

> A. Negligently and carelessly operated the post office truck without due regard for other vehicles rightfully and lawfully along the way;
> B. Negligently failed to accurately judge her speed and distance from Plaintiff so as to cause a collision.
> C. Failed to keep a proper lookout for vehicles along the roadway.
> D. Negligently operating her vehicle in a careless manner.

18. As a direct and proximate result of one or more of these aforesaid negligent acts or omissions, the Plaintiff suffered bodily injury and resulting pain

and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, aggravation of a previously existing condition, and damage to her property. These losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, **NANCY BROWN,** prays for damages against the Defendant, the United States of America, for damages plus costs of this action, pre-judgment interest at the statutory rate for actual out-of-pocket payments on past medical expenses calculated from the date payment was made, and actual wage losses, if any, to the extent allowed by law, and demands a trial by jury.

Dated: December 19, 2025

**Law Office of Maria R. Alaimo, LLC**
12741 World Plaza Lane
Suite 2
Fort Myers, Florida 33907
Telephone: 239-223-4677
Facsimile: 239-323-3789
Primary Email: Maria@mariagetsjustice.com
Secondary Email: Kayra@mariagetsjustice.com

*/s/ Maria R. Alaimo*

8

**Maria R. Alaimo, Esquire**
**FBN: 103870**